IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL RALPH PADILLA,

    Petitioner,

v.                                                            Civ. No. 22-0745 KG-GJF

ATTORNEY GENERAL FOR THE
STATE OF NEW MEXICO,

    Respondent.

## ORDER TO CURE DEFICIENCIES

**THIS MATTER** is before the Court on Petitioner's *pro se* Letter-Motion Challenging State Convictions [ECF 1] (Motion). The Motion contains a handwritten narrative and does not substantially comply with the official form 28 U.S.C. § 2254 petition. Petitioner also failed to address the habeas filing fee.

Accordingly, **IT IS ORDERED** that by December 5, 2022, Petitioner shall: (1) file an amended § 2254 petition on the proper form; and (2) either prepay the $5.00 filing fee or, alternatively, file a motion to proceed *in forma pauperis* that attaches a six-month inmate account statement. The failure to timely comply with both directives will result in dismissal of this case.

**IT IS FURTHER ORDERED** that the Clerk's Office shall **MAIL** Petitioner a blank § 2254 petition and *in forma pauperis* motion.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE